UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONES ONWENU,

    Plaintiff,

v.

JOSEPH BACIGAL, *et al.*,

    Defendants.

Case No. 18-cv-10980
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Opinion and Order Granting Defendants' Motion for Summary Judgment, dated November 6, 2019,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants and against Plaintiff.

                                    DAVID J. WEAVER
                                    CLERK OF COURT

                        By:    s/Holly A. Monda
                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 6, 2019
Flint, Michigan

1